IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. MOORE, | 1:10-cv-00104-SMS (PC) |
| Plaintiff, | ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |
| vs. | |
| PAULA J. HENSLEY, | |
| Defendant. / | |

    Plaintiff, a state prisoner proceeding pro se, filed this civil action on a 42 U.S.C. § 1983 form complaint, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

    The alleged violations took place in Solano County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

    Pursuant to Local Rule 120(b), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. This court will not rule on plaintiff's request to proceed in forma pauperis.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. This action is transferred to the United States District Court for the Eastern District of

1 | California sitting in Sacramento; and

2 |     2. All future filings shall refer to the new Sacramento case number assigned and shall be
3 | filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814.

7 | 3. This court has not ruled on plaintiff's request to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:   January 22, 2010**                             **/s/ Sandra M. Snyder**
                                                  UNITED STATES MAGISTRATE JUDGE